LARRY W. LEE (State Bar No. 228175)
HOWARD L. MAGEE (State Bar No. 185199)
DANIEL H. CHANG (State Bar No. 183803)
CRAIG S. HUBBLE (State Bar No. 200789)
**DIVERSITY LAW GROUP, A Professional Corporation**
444 S. Flower Street
Citigroup Center · Suite 1370
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile

SHERRY JUNG (State Bar No. 234406)
**LAW OFFICES OF SHERRY JUNG**
444 S. Flower Street
Citigroup Center · Suite 1370
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile

Attorneys for Plaintiff Stephen Song

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SONG, as an individual and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>KLM GROUP, INC. dba KLM ONSITE SOLUTIONS, a Pennsylvania corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 3:10-CV-03583-SC (LB)<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S REQUEST TO BE EXCUSED FROM PERSONAL ATTENDANCE OF SETTLEMENT CONFERENCE**<br><br>DATE:     January 19, 2011<br>TIME:     9:30 A.M. |

1

1  FOR GOOD CAUSE SHOWN, Plaintiff Stephen Song ("Plaintiff") is hereby excused from personally attending the January 19, 2011 Settlement Conference ("Settlement Conference"). However, Plaintiff shall make himself available by telephone during the Settlement Conference.

IT IS SO ORDERED

DATED: January 3, _____, 2011

_____
Judge Laurel Beeler
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED* (seal: United States District Court, Northern District of California)

2