1  (Counsel for the parties listed on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEPHEN SONG, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KLM GROUP, INC. dba KLM ONSITE SOLUTIONS, a Pennsylvania corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 3:10-CV-03583-SC<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND SETTING OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Fed. R. Civ. P. 26(f)<br>N.D. Cal. Civ. L.R. 16-9<br><br>Date:         February 18, 2011<br>Time:        10:00 a.m.<br>Courtroom:  1<br>Judge:        Hon. Samuel Conti |
|---|---|

1  LARRY W. LEE (Cal. State Bar No. 228175)
   DANIEL H. CHANG (Cal. State Bar No. 183803)
2  DIVERSITY LAW GROUP, A Professional Corporation
   444 S. Flower Street
3  Citigroup Center, Suite 1370
   Los Angeles, California  90071
4  Telephone:  (213) 488-6555
   Facsimile:  (213) 488-6554
5  E-mail:  lwlee@diversitylaw.com
   E-mail:  dchang@diversitylaw.com
6
   SHERRY JUNG (Cal. State Bar No. 234406)
7  LAW OFFICES OF SHERRY JUNG
   444 S. Flower Street
8  Citigroup Center, Suite 1370
   Los Angeles, California  90071
9  Telephone:  (213) 488-6555
   Facsimile:  (213) 488-6554
10 E-mail:  sherryj23@hotmail.com

11 Attorneys for Plaintiff Stephen Song

12 DOUG DEXTER (State Bar No. 115868)
   FARELLA BRAUN + MARTEL LLP
13 Russ Building
   235 Montgomery St.
14 San Francisco, CA 94104
15 (415) 954-4400
   (415) 954-4480
16 E-mail:  ddexter@fbm.com

17 Attorneys for Defendant KLM Group, Inc.

18

19

20

21

22

23

24

25

26

27

28

The parties, by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, the Case Management Conference in this case is currently scheduled for February 18, 2011;

WHEREAS, the Parties have reached a class-wide settlement;

WHEREAS, the Parties are currently drafting and memorializing the Class Settlement Agreement, which the Parties anticipate to present to this Court for preliminary approval on May 13, 2011;

WHEREAS, the Parties have met and conferred about the continuance of the Case Management Conference;

IT IS HEREBY STIPULATED by the parties herein, through their counsel of record, that the Case Management Conference currently scheduled for February 18, 2011, be continued to May 13, 2011 at 10:00 a.m., concurrent with Plaintiff's Motion for Preliminary Approval.

Dated: February 11, 2011.   LARRY W. LEE
                            DIVERSITY LAW GROUP, P.C.

                            By:  / s /
                                 Larry W. Lee
                                 Attorneys for Plaintiff


Dated: February 11, 2011.   DOUG DEXTER
                            FARELLA BRAUN + MARTEL LLP

                            By:  / s /
                                 Doug Dexter
                                 Attorneys for Defendant

1  (Counsel for the parties listed on next page)

2

3

4

5

6

7                       UNITED STATES DISTRICT COURT

8                       NORTHERN DISTRICT OF CALIFORNIA

9

10 | STEPHEN SONG, as an individual and on behalf of all others similarly situated, | No. 3:10-CV-03583-SC

11 | Plaintiff, | **CLASS ACTION**

12 | vs. | **[PROPOSED]** **ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND SETTING OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

13 | KLM GROUP, INC. dba KLM ONSITE SOLUTIONS, a Pennsylvania corporation; and DOES 1 through 20, inclusive,

14 |

15 |

16 | Defendants. | Fed. R. Civ. P. 26(f)
N.D. Cal. Civ. L.R. 16-9

17 | | Date:      February 18, 2011
Time:      10:00 a.m.
Courtroom: 1
Judge:     Hon. Samuel Conti

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | LARRY W. LEE (Cal. State Bar No. 228175) |
| | DANIEL H. CHANG (Cal. State Bar No. 183803) |
| 2 | DIVERSITY LAW GROUP, A Professional Corporation |
| | 444 S. Flower Street |
| 3 | Citigroup Center, Suite 1370 |
| | Los Angeles, California  90071 |
| 4 | Telephone:  (213) 488-6555 |
| | Facsimile:  (213) 488-6554 |
| 5 | E-mail:  lwlee@diversitylaw.com |
| | E-mail:  dchang@diversitylaw.com |
| 6 | |
| | SHERRY JUNG (Cal. State Bar No. 234406) |
| 7 | LAW OFFICES OF SHERRY JUNG |
| | 444 S. Flower Street |
| 8 | Citigroup Center, Suite 1370 |
| | Los Angeles, California  90071 |
| 9 | Telephone:  (213) 488-6555 |
| | Facsimile:  (213) 488-6554 |
| 10 | E-mail:  sherryj23@hotmail.com |
| 11 | Attorneys for Plaintiff Stephen Song |
| 12 | DOUG DEXTER (State Bar No. 115868) |
| | FARELLA BRAUN + MARTEL LLP |
| 13 | Russ Building |
| | 235 Montgomery St. |
| 14 | San Francisco, CA 94104 |
| 15 | (415) 954-4400 |
| | (415) 954-4480 |
| 16 | E-mail:  ddexter@fbm.com |
| 17 | Attorneys for Defendant KLM Group, Inc. |
| 18 | |
| ... | |
| 28 | |

[PROPOSED] ORDER GRANTING
JOINT STIPULATION TO CONTINUE CMC
U.S.D.C., N.D. Cal., No. 3:10-CV-03583-SC

**ORDER**

The parties having so stipulated, and good cause appearing therefore,

IT IS ORDERED that the Case Management Conference currently scheduled for February 18, 2011, be and hereby is continued to May 13, 2011, at 10:00 a.m., concurrent with Plaintiff's Motion for Preliminary Approval of Class Action Settlement.

Dated: February 14, 2011.



United States District Judge