LARRY W. LEE (State Bar No. 228175)
**DIVERSITY LAW GROUP, A Professional Corporation**
444 S. Flower Street
Citigroup Center · Suite 1370
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile

SHERRY JUNG (State Bar No. 234406)
**LAW OFFICES OF SHERRY JUNG**
444 S. Flower Street
Citigroup Center · Suite 1370
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile

Attorneys for Plaintiff Stephen Song

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SONG, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>KLM GROUP, INC. dba KLM ONSITE SOLUTIONS, a Pennsylvania corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 3:10-CV-03583-SC<br><br>JOINT STIPULATION RE SHORTENED NOTICE OF FILING OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

1

JOINT STIPULATION RE SHORTENED
NOTICE OF FILING OF UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
USDC NORTHERN CASE NO. 3:10-CV-3583 SC

Plaintiff Stephen Song ("Plaintiff" or "Song") and Defendant KLM Group, Inc. dba KLM Onsite Solutions ("Defendant" or "KLMr") (collectively referred to as the "Parties") enter into this joint stipulation with reference to the following facts:

## RECITALS

A. WHEREAS on the Parties previously reached a proposed class-wide settlement after two settlement conferences with the Hon. Laurel Beeler;

B. WHEREAS the Parties have now finalized the class settlement agreement and related documents;

C. WHEREAS the Motion for Preliminary Approval of the Class Action Settlement has previously been set for hearing to take place on May 13, 2011 [See Doc. No. 27];

D. WHEREAS the Parties have agreed that Plaintiff will file a Motion for Preliminary Approval of Class Settlement ("Motion for Preliminary Approval") on or before April 22, 2011;

E. WHEREAS the Parties have agreed that Defendant will not file an opposition to Plaintiff's Motion for Preliminary Approval;

F. WHEREAS the Parties have agreed that Plaintiff will not file a reply in support of Plaintiff's Motion for Preliminary Approval; and

G. WHEREAS the Parties have agreed to request that the Plaintiff's Motion for Preliminary Approval be filed with the Court on less than the regular notice periods pursuant to the Northern District of California's Local Rules;

## STIPULATION

NOW, THEREFORE, it is hereby stipulated by the parties, through their respective counsel of record, as follows:

1. The Plaintiff's Motion for Preliminary Approval shall be filed on or before April 22, 2011, with a hearing date of May 13, 2011;

2. Defendant will not file opposition to Plaintiff's Motion for Preliminary Approval; and

2

JOINT STIPULATION RE SHORTENED
NOTICE OF FILING OF UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
USDC NORTHERN CASE NO. 3:10-CV-3583 SC

3. Plaintiff will not file a reply in support of Plaintiff's Motion for Preliminary Approval.

IT IS SO STIPULATED.

Dated: April 14, 2011          DIVERSITY LAW GROUP

                               By:      /s/
                                    Larry W. Lee, Esq.
                                    Attorneys for Plaintiff

Dated: April 14, 2011          FARELLA BRAUN & MARTEL, LLP

                               By:      /s/
                                    Douglas Dexter
                                    Attorneys for Defendants

I, Larry W. Lee, attest that I have obtained concurrence from Douglas Dexter in the filing of this Stipulation.   See N.D. Cal. General Order 45 § 10(B).

3

JOINT STIPULATION RE SHORTENED
NOTICE OF FILING OF UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
USDC NORTHERN CASE NO. 3:10-CV-3583 SC

# ATTACHMENT A

1  (Counsel for the parties listed on next page)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SONG, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KLM GROUP, INC. dba KLM ONSITE SOLUTIONS, a Pennsylvania corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 3:10-CV-03583-SC<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE SHORTENED NOTICE OF FILING OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Fed. R. Civ. P. 26(f)<br>N.D. Cal. Civ. L.R. 16-9<br><br>Courtroom:  1<br>Judge:       Hon. Samuel Conti |

1  LARRY W. LEE (Cal. State Bar No. 228175)
   DANIEL H. CHANG (Cal. State Bar No. 183803)
2  DIVERSITY LAW GROUP, A Professional Corporation
   444 S. Flower Street
3  Citigroup Center, Suite 1370
   Los Angeles, California  90071
4  Telephone:  (213) 488-6555
   Facsimile:  (213) 488-6554
5  E-mail:  lwlee@diversitylaw.com
   E-mail:  dchang@diversitylaw.com
6
   SHERRY JUNG (Cal. State Bar No. 234406)
7  LAW OFFICES OF SHERRY JUNG
   444 S. Flower Street
8  Citigroup Center, Suite 1370
   Los Angeles, California  90071
9  Telephone:  (213) 488-6555
   Facsimile:  (213) 488-6554
10 E-mail:  sherryj23@hotmail.com

11 Attorneys for Plaintiff Stephen Song

12 DOUG DEXTER (State Bar No. 115868)
   FARELLA BRAUN + MARTEL LLP
13 Russ Building
   235 Montgomery St.
14 San Francisco, CA 94104
15 (415) 954-4400
   (415) 954-4480
16 E-mail:  ddexter@fbm.com

17 Attorneys for Defendant KLM Group, Inc.

**ORDER**

The parties having so stipulated, and good cause appearing therefore,

IT IS ORDERED that the Plaintiff's Motion for Preliminary Approval shall be filed on or before April 22, 2011, with a hearing date of May 13, 2011;

IT IS FURTHER ORDERED that Defendant will not file opposition to Plaintiff's Motion for Preliminary Approval and Plaintiff will not file a reply in support of Plaintiff's Motion for Preliminary Approval.

Dated: April 18, 2011.



[PROPOSED] ORDER
U.S.D.C., N.D. Cal., No. 3:10-CV-03583-SC