1  (Counsel for the parties listed on next page)
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT
8                         NORTHERN DISTRICT OF CALIFORNIA
9

10  STEPHEN SONG, as an individual and      No. 3:10-CV-03583-SC
    on behalf of all others similarly situated,
11                                          **CLASS ACTION**
                Plaintiff,
12                                          **JOINT STIPULATION TO CONTINUE CASE
        vs.                                 MANAGEMENT CONFERENCE AND
13                                          PLAINTIFF'S MOTION FOR PRELIMINARY
    KLM GROUP, INC. dba KLM ONSITE          APPROVAL OF CLASS ACTION SETTLEMENT
14  SOLUTIONS, a Pennsylvania               AND [PROPOSED] ORDER THEREON**
    corporation; and DOES 1 through 20,
15  inclusive,                              Fed. R. Civ. P. 26(f)
                                            N.D. Cal. Civ. L.R. 16-9
16              Defendants.
                                            Date:       May 13, 2011
17                                          Time:       10:00 a.m.
                                            Courtroom:  1
18                                          Judge:      Hon. Samuel Conti
19
20
21
22
23
24
25
26
27
28 ─────────────────────────────────────────────
                                            JOINT STIPULATION TO CONTINUE CMC AND MOTION FOR
                                            PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
                                            U.S.D.C., N.D. Cal., No. 3:10-CV-03583-SC

LARRY W. LEE (Cal. State Bar No. 228175)
DANIEL H. CHANG (Cal. State Bar No. 183803)
DIVERSITY LAW GROUP, A Professional Corporation
444 S. Flower Street
Citigroup Center, Suite 1370
Los Angeles, California 90071
Telephone: (213) 488-6555
Facsimile: (213) 488-6554
E-mail: lwlee@diversitylaw.com
E-mail: dchang@diversitylaw.com

SHERRY JUNG (Cal. State Bar No. 234406)
LAW OFFICES OF SHERRY JUNG
444 S. Flower Street
Citigroup Center, Suite 1370
Los Angeles, California 90071
Telephone: (213) 488-6555
Facsimile: (213) 488-6554
E-mail: sherryj23@hotmail.com

Attorneys for Plaintiff Stephen Song

DOUG DEXTER (State Bar No. 115868)
FARELLA BRAUN + MARTEL LLP
Russ Building
235 Montgomery St.
San Francisco, CA 94104
(415) 954-4400
(415) 954-4480
E-mail: ddexter@fbm.com

Attorneys for Defendant KLM Group, Inc.

The parties, by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, the Case Management Conference in this case is currently scheduled for May 13, 2011;

WHEREAS, the Plaintiff's unopposed Motion for Preliminary Approval of the Class Action Settlement is currently scheduled May 13, 2011, concurrent with the Case Management Conference;

WHEREAS, the Parties have just recently finalized the Class Action Settlement Agreement, and thus were unable to file the Preliminary Approval Motion in time for the May 13, 2011 hearing date;

WHEREAS, the Parties have met and conferred about the continuance of the Case Management Conference and Plaintiff's unopposed Motion for Preliminary Approval of the Class Action Settlement;

IT IS HEREBY STIPULATED by the parties herein, through their counsel of record, that the Case Management Conference and Plaintiff's unopposed Motion for Preliminary Approval of the Class Action Settlement currently scheduled for May 13, 2011, be continued to June 10, 2011 at 10:00 a.m.

Dated: April 22, 2011.

LARRY W. LEE
DIVERSITY LAW GROUP, P.C.

By: ___/ s /___
Larry W. Lee
Attorneys for Plaintiff

Dated: April 22, 2011.

DOUG DEXTER
FARELLA BRAUN + MARTEL LLP

By: ___/ s /___
Doug Dexter
Attorneys for Defendant

## ORDER

IT IS ORDERED that the Case Management Conference and Plaintiff's unopposed Motion for Preliminary Approval of Class Action Settlement currently scheduled for May 13, 2011, be and hereby is continued to June 10, 2011, at 10:00 a.m..

Dated: April 22, 2011.

IT IS SO ORDERED
Judge Samuel Conti
United States District Judge