IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN SONG,

        Plaintiff,

  v.

KLM GROUP, INC dba KLM ONSITE SOLUTIONS,

        Defendant.

No. C-10-3583-SC

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that the parties' Joint Motion for Final Approval of Class Action Settlement is referred to a Magistrate Judge for a Final Approval and Fairness Hearing to be held on March 9, 2012, at 10:00 a.m. The Magistrate Judge is to issue a Report and Recommendation and the Court Reporter is to deliver a transcript of the proceedings to Judge Samuel Conti for a ruling on the motion.

**IT IS SO ORDERED.**

Dated: 2/14/2012

SAMUEL CONTI
UNITED STATES DISTRICT JUDGE